The judgment will be reversed and the cause remanded.

## BARKETT v. STATE.
### No. 18240.

Court of Criminal Appeals of Texas.
April 29, 1936.

Shead & Smith, of Longview, and Percy Woodard, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.